# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER 13
Tracy L. Convery

     DEBTOR                       :        BKY. NO.  16-16816AMC

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                                                            Respectfully Submitted,

Date:  March 9, 2017            _____s/_____
                                                MICHAEL A. CATALDO, ESQUIRE
                                                CIBIK & CATALDO, P.C.
                                                1500 WALNUT STREET, STE. 900
                                                PHILADELPHIA, PA  19102
                                                (215) 735-1060