# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tracy L. Convery<br>     Debtor<br><br>PNC Bank, National Association<br>     Movant<br>     vs.<br><br>Tracy L. Convery<br>     Debtor<br><br>William C. Miller, Esq.<br>     Trustee | CHAPTER 13<br><br><br><br>NO. 16-16816 AMC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Plan of PNC Bank, National Association, which was filed with the Court on or about **March 8, 2017, Docket Entry no. 24**.

                                                                 Respectfully submitted,

                                                                 **/s/ Brian C. Nicholas, Esquire**
                                                                 Brian C. Nicholas, Esquire
                                                                 KML Law Group, P.C.
                                                                 BNY Mellon Independence Center
                                                                 701 Market Street, Suite 5000
                                                                 Philadelphia, PA  19106
                                                                 215-627-1322

March 14, 2017