IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TRACY L. CONVERY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL ) | |
| SERVICES, INC. dba GM FINANCIAL ) | Case No.: 16-16816 (AMC) |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| TRACY L. CONVERY ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| _____ ) | |

**PRAECIPE WITHDRAWING GM FINANCIAL'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw GM Financial's Objection To Confirmation, filed on or about October 14, 2016 in the above-referenced case, number 9 on the docket.


Date: 3/27/17


/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial