# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Tracy L. Convery | | |
| DEBTORS | : | BKY. NO.  16-16816AMC13 |

## CERTIFICATE OF SERVICE

I, MICHAEL A. CATALDO, Attorney for the Debtor, do hereby certify that a true and correct copy of the ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES was served upon the Trustee and parties in interest by first class mail, postage pre-paid.

Dated: **March 29, 2017**             /s/
Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia, PA 19102
(215) 735-1060