United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16816-amc
Tracy L. Convery                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett       Page 1 of 2              Date Rcvd: Mar 29, 2017
                             Form ID: pdf900       Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db          +Tracy L. Convery,   2556 E. Ann Street,   Philadelphia, PA 19134-4949
cr           AmeriCredit Financial Services, Inc. dba GM Financ,   P.O. Box 99605,
             Arlington, TX  76096-9605
13807211    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services, Inc.,   P O Box 183853,
             Arlington, TX 76096)
13798291    +Aes/suntrust,   1001 Semmes Ave,   Richmond, VA 23224-2245
13798292    +AmeriCredit/GM Financial,   PO Box 183583,   Arlington, TX 76096-3583
13798293    +Capital One,   Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
13798294    +Central Financial Control,   PO Box 66044,   Anaheim, CA 92816-6044
13834312     ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13798300    +Eastern Revenue Inc,   998 Old Eagle School Rd,   Wayne, PA 19087-1805
13798301    +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13798302    +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13798305     PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
             Harrisburg, PA 17120-0946
13798307    +PNC Mortgage,   Attn: Bankruptcy Department,   3232 Newmark Drive,   Maimisburg, OH 45342-5433
13864359    +PNC Mortgage, a division of PNC Bank, NA,   Attn: Bankruptcy,   3232 Newmark Drive,
             Miamisburg, OH 45342-5421
13798308    +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
             Chicago, IL 60661-3631
13798309    +Udren Law Offices,PC,   111 Woodcrest Road,   Suite 200,   Cherry Hill NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:31     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2017 02:08:02
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2017 02:08:14     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13810535    +E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:31
             CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   BANKRUPTCY GROUP, MSB,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1617
13798295    +E-mail/Text: ecf@ccpclaw.com Mar 30 2017 02:07:33     Cibik & Cataldo, P.C.,
             1500 Walnut Street, Suite 900,   Philadelphia, PA 19102-3518
13798297    +E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:31     City Of Philadelphia,
             Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102-1611
13798298    +E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:31     City of Philadelphia,
             Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102-1504
13798299    +E-mail/Text: electronicbkydocs@nelnet.net Mar 30 2017 02:08:06     Dept Of Ed/Nelnet,
             Attn: Claims,   PO Box 82505,   Lincoln, NE 68501-2505
13798303    +E-mail/Text: bnc-bluestem@quantum3group.com Mar 30 2017 02:08:36     Fingerhut,
             6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
13798304     E-mail/Text: cio.bncmail@irs.gov Mar 30 2017 02:07:42     I.R.S.,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
13813294    +E-mail/Text: bankruptcygroup@peco-energy.com Mar 30 2017 02:07:43     PECO Energy Company,
             Attn:  Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13865047     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 02:18:39
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13798306     E-mail/Text: bankruptcygroup@peco-energy.com Mar 30 2017 02:07:43     Peco Energy,
             2301 Market Street # N 3-1,   Legal Department,   Philadelphia PA 19103-1338
13846135     E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2017 02:07:46
             Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
             Kirkland, WA  98083-0788
13811540    +E-mail/Text: electronicbkydocs@nelnet.net Mar 30 2017 02:08:06     US Department of Education,
             c/o Nelnet,   121 South 13th Street Suite 201,   Lincoln NE 68508-1911
                                                                                   TOTAL: 15


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13816202*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:  Americredit Financial Services dba GM Financial,   PO Box 183853,
             Arlington TX 76096)
13798296*    +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                   TOTALS: 0, * 2, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Mar 29, 2017
                              Form ID: pdf900          Total Noticed: 31
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   PNC Bank, National Associates
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, National Associates
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Tracy L. Convery ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Tracy L. Convery ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Associates tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                          TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    :          CHAPTER 13
Tracy L. Convery

          DEBTORS                                  :          BKY. NO.  16-16816AMC13

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

          AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.          This chapter 13 bankruptcy case is **DISMISSED**.

2.          Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.          Any wage orders previously entered are **VACATED**.

4.          Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.          All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.          Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been affected within three (3) days of the entry of this Order.

7.          A hearing shall be held on __April 25_____, 2017 at __11:00 a.m.__, in Bankruptcy Court No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

                                                  By the Court:

Date: __**March 28, 2017**__                    _____
                                                  Hon. ASHELY M. CHAN