United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-16816-amc
Tracy L. Convery                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1           Date Rcvd: Apr 26, 2017
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
db              +Tracy L. Convery,    2556 E. Ann Street,    Philadelphia, PA 19134-4949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC Bank, National Associates
       bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, National Associates
       bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor Tracy L. Convery ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Tracy L. Convery ecf@ccpclaw.com,    igotnotices@ccpclaw.com
      THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Associates tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
       Financial mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                                                          TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TRACY CONVERY,<br><br>　　　　　　Debtor(s). | Case No. 16-16816AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

AND NOW, this __26th__ day of __April__, 201_7_, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$4,859.00** are approved and the balance due to counsel in the amount of **$4,359.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

TRACY CONVERY
Debtor(s)
2556 E. Ann Street
Philadelphia, PA  19134